# NOTICE OF CLAIM
## AGAINST THE STATE OF ARIZONA

Claim must be filed in accordance with A.R.S. § 12-821.
Please type or print legibly. Press hard when completing information.
All blanks MUST be completed.

```
        FILED  ____  LODGED
____ RECEIVED ____  COPY

        APR - 5 2018      7

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## CLAIMANT INFORMATION

Claimant's Name: Melendez, Michael (ADC #309934)

Address: ASPC-Winslow/Kaibab unit 2100 S Hwy 87 City: Winslow State: AZ Zip: 86047

Phone # (Home): _____ Work: _____ Date of Birth: April 24, 1986

## FACTS

DATE OF OCCURRENCE: December 15, 2016
TIME OF OCCURRENCE: 4 (apprx) am/pm
LOCATION OF OCCURRENCE: Pima County

Identify the circumstances under which the damage or injuries were sustained, the cause thereof and the nature and extent of the damages and/or injuries. List the State agency if known. You may attach additional pages if necessary.

CV18-0182 TUCJASPSO

Claimant is an Inmate at the Arizona Department of Corrections (ADOC) Winslow/Kaibab - North Yard. Claimant brings forth a notice of claim against the State of Arizona Adult Probation department of the Superior Court in Pima County (Ajo way, Tucson, AZ) and against Probation Officer Monica Lopez for claims of violating the 1) First amendment, 2) Fifth amendment, 3) Sixth amendment, 4) Eighth amendment, 5) Fourteenth amendment.

(continued on attached)

Amount of Claim $ 15,000,000

In order for a claim to be valid, ARS 12-821.01(A) requires the claimant to include a specific amount for which the claim can be settled. The statute requires the claim be filed with the State of Arizona within **180 days** after the cause of action accrues.

Claimant Signature: M
Date: 04/06/2018

Mail as follows:

Original: Office of the Attorney General, 1275 W Washington, Phoenix, AZ 85007
Canary: Risk Management, 100 N. 15th Ave., Suite 301, Phoenix, AZ 85007

NOTE: All supporting documents (Estimates, Bills, etc.) should be included with the canary copy to Risk Management.

Attorney General - White  Risk Management - Canary  Claimant - Pink

Form RMO15 (6/02) IPS 3485

Claimant, who is a veteran and suffers from severe PTSD, was on probation for aggravated assault and was given a probation term of 4 years. During this time, Defendant Monica Lopez was the probation officer who initially committed the violations against Claimant Melendez. The violations committed are as follows:

- Violated first amendment
    1) Stated church claimant attended was a cult; criticized claimant for attending
    2) Attacked claimant's religious practices
    3) Stated malicious comments such as, "Who are you to preach the word of God?"
    4) Coerced claimant into giving up ministry work
- Violated fifth amendment
    5) Attempted to coerce claimant into a false self-incrimination
- Violated sixth amendment
    6) Refused claimant access to attorney during investigation (criminal)
    7) Defendant perjured herself by maliciously using hearsay and double hearsay to have sentencing judge show no impartiality towards claimant during sentence
    8) Defendant's deceitful actions deprived claimant the ability to defend oneself from false accusations and hearsay, going against the confrontation clause
- Violated eighth amendment (cruel and unusual punishment)
    9) Defendant was very cruel, malicious, wrongful, and reckless towards claimant on many occasions
    10) Defendant recklessly ignored claimant's serious mental health conditions
    11) Interfered with and caused delay to necessary medical evaluation, proper benefit and care level
    12) Defendant was very degrading and condescending towards claimant
    13) Defendant enforced unauthorized curfews on claimant
    14) Implemented heavy restrictions on claimant's social life (outside the norm)

15) Consistently threatened to send claimant back to prison, which greatly aggravated Claimant's mental health conditions

16) Maliciously recommended claimant serve max prison sentence, when recommending further medical treatment at the V.A. hospital would have been proper given the severity of Claimant's mental health illness

17) Excessively drug tested Claimant (no drug history [use]), which contributed to a financial and living hardship

18) Set heavy restrictions on Claimant while only on standard probation. The restrictions are designed for those on Intensive Probation Services, which is outside the norm

19) Abused authority given to sabotage petition claimant submitted to the court, which requested court to lower restrictions set on by Defendant

20) Claimant was forced into violating probation conditions and then punished for it

21) Impeded Claimant's work opportunities by setting very strict conditions of probation, which were outside the norm

22) Deprived Claimant from practicing his faith, which was very therapeutic for his severe mental illness, causing great pain and suffering

23) While investigating claimant, Defendant was very abusive towards claimant, and allowed subordinate officer to be abusive towards claimant, allowing for very inappropriate comments.

- Violated Fourteenth Amendment

24) Violated due process by operating outside of Adult Probation's Code of Conduct

25) Denied claimant access to attorney and probation supervisor when requested

26) Violated proper due process by maliciously recommending prison knowing severity of claimant's mental health condition, willing to take claimant's

(3)

liberty, when mental health evaluations and treatment were necessary.

Due to the malicious, wrongful, and reckless actions of the Defendant, claimant suffered the following losses:

1) Lost house
2) Lost irreplaceable sentimental items
3) Lost employment opportunity
4) Lost VA financial benefits
5) Lost certified PTSD service dog
6) Lost christian ministry
7) Lost mental stability
8) Lost education opportunity
9) Lost self worth
10) Lost VA inpatient opportunity
11) Lost trauma therapy opportunity
12) Received new prison record
13) Received extended time in prison
14) Not able to obtain proper mental health care while incarcerated
15) Pain and suffering while in prison

The State of Arizona Adult Probation Department of the Superior Court in Pima County and its supervisors-officials knew or should have known of Defendant Lopez's wrongful, reckless, and malicious conduct. The department proved they were aware of Defendant Lopez's conduct when Defendant Lopez's supervisor signed off on documented false reports, and allowing her to continue. These unconstitutional violations ultimately led to the Superior Court Judge to show no impartiality when sentencing claimant to prison.

(4)

Original and 2 copies filed on
The 6th day of April 2018 and
Sent to the following:

Clerk of U.S. District Court
Evo A. Deconcinni U.S. Courthouse
405 W. Congress Street
Suite 1500
Tucson, AZ 85701